# LAW OFFICES OF ADAM DAYAN, PLLC
_____

222 Broadway, 19th Floor
New York, New York 10038
Phone: 833-DAYAN-LAW
Fax: 646-866-7541
admin@dayanlawfirm.com

**Adam Dayan, Esq.**
Amled Pérez, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/30/2020
```

October 29, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *M.C., et al. v. N.Y.C. Dep't of Educ.,* 20-cv-1035 (MKV)(RWL)

Dear Judge Vyskocil,

     The parties write jointly pursuant to Your Honor's October 2, 2020 order (Docket No. 14) requiring the parties to submit a joint status letter by **October 29, 2020** in advance of an Initial Pre-Trial Conference scheduled for **November 5, 2020 at 11:00 a.m**.

     In the above-referenced matter, Plaintiffs seek attorneys' fees, costs, and expenses for legal work performed for an impartial hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* (IDEA), as well as for this action.

     Jurisdiction in this matter is predicated upon 28 U.S.C. §1331, which provides the district courts with original jurisdiction over all civil actions arising under the laws of the United States, and upon the fee-shifting provision of IDEA, 20 U.S.C. §1415(i)(3)(A), which provides that the district courts of the United States shall have jurisdiction of actions brought under section 1415(i)(3) without regard to the amount in controversy.  Venue is predicated upon 28 U.S.C. §1391(b)(1) based upon the residence of the defendant, and upon 28 U.S.C. §1391(b)(2) based upon the location of the subject matter of this action.

     On October 27, Defendant's counsel informed Plaintiffs' counsel of an initial settlement offer to resolve this matter.  Settlement negotiations subsequently occurred.  The parties reached a settlement agreement on October 29 at 4:56 p.m.

# LAW OFFICES OF ADAM DAYAN, PLLC

In light of the afore-mentioned settlement agreement, no further litigation will be necessary in this matter.

Accordingly, the parties request thirty (30) days to finalize a stipulation of settlement and intend to file a copy of said stipulation via ECF by November 29, 2020.  The parties further request that the November 5 IPTC be cancelled.

Thank you for considering this joint letter.

Respectfully,

*/s/ Adam Dayan*

Adam Dayan, Esq.
*Attorney for Plaintiffs*

cc:     Martin Bowe, Esq.
        Stephanie Johnson, Esq.
        100 Church Street
        New York, NY 10007
        *Attorneys for Defendant*

**Granted. SO ORDERED.**

Date: October 30, 2020       *Mary Kay Vyskocil*
New York, New York           Mary Kay Vyskocil
                             United States District Judge